# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALI SHAHROKHI; AND TODD
MATTHEW PHILLIPS,
Petitioners,
vs.
AARON D. FORD, NEVADA
ATTORNEY GENERAL; STEVEN
SHEVORSKI, NEVADA ATTORNEY
GENERAL DEPUTY; AND SABRENA
CLINTON, NEVADA ATTORNEY
GENERAL DEPUTY,
Respondents.

No. 83973

**FILED**

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus seeks an order disqualifying the attorney general from representing a district court judge in federal litigation. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and

22-05560

that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.            _____Sr.J.
Stiglich                                Gibbons

cc:    Ali Shahrokhi
       Todd Matthew Phillips
       Attorney General/Carson City

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.